IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL ROSA-DIAZ,** | : | Civil No. 1:16-cv-2303 |
| Plaintiff, | : | |
| v. | : | |
| **LAUREL HARRY, et al.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 23rd day of January, 2018, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**;

2) Plaintiff Gabriel Rosa-Diaz's motion for a permanent restraining order and preliminary injunction is **DENIED**;

3) This matter is remanded back to the magistrate judge.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge