IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL ROSA-DIAZ,** | : | Civil No. 1:16-cv-2303 |
| Plaintiff, | : | |
| v. | : | |
| **LAUREL HARRY, et al.,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 1st day of March, 2018, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**;

2) The motion to dismiss filed by Defendant Woods (Doc. 43) is **GRANTED**;

3) The Correctional Defendants' motion to dismiss (Doc. 40) is **GRANTED**, in part, and all of the defendants and claims are dismissed, with the exception of a due process claim against Defendants Dempsey and Rost relating solely to the alleged confiscation of "Curious Moments Archive of the Century."

4) The parties shall have until April 30, 2018 to complete discovery.

5) The dispositive motions deadline is May 21, 2018.

6) This matter is remanded to the magistrate judge for further proceedings.

                                                           s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                           United States District Judge