IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL ROSA-DIAZ,** | : | Civil No. 1:16-cv-2303 |
| **Plaintiff,** | : | |
| v. | : | |
| **LAUREL HARRY, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is a report and recommendation of the magistrate judge in which he recommends that the motion for reconsideration filed by Plaintiff be denied. No objections have been filed. Upon review of the motion and the report and recommendation, this court agrees that Plaintiff has failed to meet the legal standards required for reconsideration. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 67) is **ADOPTED**;

2) The motion for reconsideration is **DENIED**;

3) This motion is remanded to the magistrate judge for any further proceedings in this matter.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: May 3, 2018